**Order filed November 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00927-CV
_____

### STEPHANIE LYNN CHATHAM, Appellant

### V.

### BLAKE DWAYNE DOOLAN, Appellee

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCV-241661**

## ORDER

This appeal is from an order signed October 23, 2018. Appellant filed a notice of appeal on October 23, 2018. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court.

No contest was filed. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Accordingly, the Fort Bend County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

The official court reporter for the 328th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM